# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Littlefield, Jr., Robert E. | Albany, New York | 05/13/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

James T. Foley U. S. Courthous
445 Broadway
Albany, NY 12207

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee (uncompensated family trust) | GBL Irrevocable Trust. (Trust #1) Please see Part VIII |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Littlefield, Jr., Robert E. | 05/13/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York State Bar | 1/30/20 | New York, New York | speaker | Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Littlefield, Jr., Robert E.** | 05/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Notre Dame Federal Credit Union | college tuition loan - ▮ responsibility | K |
| 2. | First Service | law school tuition - ▮ responsibility | L |
| 3. | Nelnet | tuition- ▮ responsibility | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Littlefield, Jr., Robert E. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Private Bank NA. | A | Dividend | K | T | | | | | |
| 2. Exxon Mobil Oil Common Stock (XOM) | A | Dividend | J | T | | | | | |
| 3. IBM Common Stock (IBM) | A | Dividend | J | T | | | | | |
| 4. GE Common Stock (GE) | A | Dividend | J | T | | | | | |
| 5. Invest Co. AM Mutual fund | A | Dividend | K | T | | | | | |
| 6. Cisco Systems Common Stock (CSCO) | A | Dividend | J | T | | | | | |
| 7. Intel. Corp. Common Stock (INTC) | A | Dividend | J | T | | | | | |
| 8. Microsoft Corp. Common Stock (MSFT) | A | Dividend | J | T | | | | | |
| 9. Amgen, Inc. Common Stock (AMGN) | A | Dividend | J | T | | | | | |
| 10. Pfizer Common Stock (PFE) | A | Dividend | J | T | | | | | |
| 11. Ishares Index Fund (IWR) | A | Dividend | J | T | | | | | |
| 12. IsharesMidcap Index Fund (EFA) | A | Dividend | J | T | | | | | |
| 13. Chevron Corp Common Stock (CVX) | A | Dividend | J | T | | | | | |
| 14. | | | | | Buy (add'l) | 10/30/20 | J | | |
| 15. Coca-Cola Common Stock (KO) | A | Dividend | J | T | | | | | |
| 16. Merck Common Stock (MRK) | A | Dividend | J | T | | | | | |
| 17. Johnson & Johnson Common Stock (JNJ) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Littlefield, Jr., Robert E. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Apple Computer Inc. Common Stock (AAPL) | A | Dividend | J | T | | | | | |
| 19. Bristol Myers Squibb Common Stock (BMY) | A | Dividend | J | T | | | | | |
| 20. Dow Inc. (DOW) | A | Dividend | J | T | | | | | |
| 21. Dupont De Nemours (DD) | A | Dividend | J | T | | | | | |
| 22. Verizon Common Stock (VZ) | A | Dividend | J | T | | | | | |
| 23. Assured Guaranty Muni Hldgs 6.875% (AGO.B) | A | Dividend | J | T | | | | | |
| 24. Berkshire Hathaway CL-B (BRK'B) | | None | J | T | | | | | |
| 25. Nextera Energy, Inc. (NEE) | A | Dividend | | | Sold | 10/14/20 | J | | |
| 26. Trust #1 Real Property Albany County NY SEE PART VIII | | None | N | Q | | | | | |
| 27. Ishares JP Morgan EM Bond Fd (EMB) | A | Dividend | J | T | | | | | |
| 28. Tortoise Mlp Fund Inc (NTG) | A | Dividend | | | Sold | 03/18/20 | J | | |
| 29. Vanguard Reit Etf (VNQ) | A | Dividend | J | T | | | | | |
| 30. Teton Westwood Mighty Mites I (WEIMX) | | None | J | T | | | | | |
| 31. Locorr Market Trend 1 (LOTIX) | A | Dividend | J | T | | | | | |
| 32. Assured Guaranty Muni Hldgs 6.250% (AGO.E) | A | Dividend | J | T | | | | | |
| 33. General Motors Common Stock (GM) | | None | J | T | | | | | |
| 34. | | | | | Sold (part) | 11/25/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Littlefield, Jr., Robert E. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) | | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Royal Dutch Shell Common Stock (RDS'A) | | A | Dividend | | | Sold | 11/17/20 | J | | |
| 36. | Tortoise Energy Infra (TYG) | | A | Dividend | | | Sold (part) | 03/18/20 | J | | |
| 37. | | | | | | | Buy (add'l) | 03/11/20 | J | | |
| 38. | | | | | | | Sold | 03/18/20 | J | | |
| 39. | Allianzgi Structured Return P (AZIPX). Please see Part VIII. | | A | Dividend | | | Sold | 07/31/20 | J | | |
| 40. | American Beacon AHL MNDG FUT STR Y (AHLYX) | | A | Dividend | J | T | | | | | |
| 41. | Bny Mellon GLB FIXED INC I (SDGIX). Please see Part VIII. | | A | Dividend | | | Sold | 01/22/20 | J | | |
| 42. | Invesco Balanced-Risk Alloc Y (ABRYX) | | A | Dividend | | | Sold (part) | 04/07/20 | J | | |
| 43. | | | | | | | Sold | 10/16/20 | J | | |
| 44. | AQR Long-Short Equity (QLEIX) | | A | Dividend | | | Sold | 10/01/20 | J | | |
| 45. | Ishares Global Financials ETF (IXG) | | A | Dividend | J | T | | | | | |
| 46. | Oracle Corp Common Stock (ORCL) | | A | Dividend | | | Sold | 10/20/20 | J | | |
| 47. | Abbey Cptl Futures Strategy 1 (ABYIX) | | A | Dividend | J | T | | | | | |
| 48. | Schlumberger Ltd Common Stock (SLB) | | A | Dividend | J | T | | | | | |
| 49. | | | | | | | Buy (add'l) | 11/17/20 | J | | |
| 50. | Gabelli Gold I (GLDIX) | | A | Dividend | J | T | | | | | |
| 51. | Nuveen Equity Long/Short I (NELIX) | | | None | | | Sold | 12/29/20 | J | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Littlefield, Jr., Robert E. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Nuveen Equity Market Neutral I (NIMEX) | A | Dividend | | | Sold | 12/29/20 | J | | |
| 53. Key Bank Checking Account (X) | | None | K | T | | | | | |
| 54. Neuberger Berman Lg Sh Inst (NLSIX) | | None | J | T | Buy | 07/31/20 | J | | |
| 55. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 56. | | | | | Buy (add'l) | 12/29/20 | J | | |
| 57. Principal Glb Multi Strategy I (PSMIX). Please see Part VIII. | A | Dividend | J | T | Buy | 12/29/20 | J | | |
| 58. AT&T Inc Common stock (T) | A | Dividend | J | T | Buy | 10/20/20 | J | | |
| 59. Walt Disney Co Hldg Co Common Stock (DIS) | | None | J | T | Buy | 11/25/20 | J | | |
| 60. Salient Mlp&Energy InfrstI (SMLPX) | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 61. Vanguard High Div Yield Eft (VYM) | A | Dividend | J | T | Buy | 03/19/20 | J | | |
| 62. | | | | | Sold | 06/08/20 | J | | |
| 63. Invesco Conservative Inc Inst (ICIFX) | A | Dividend | J | T | Buy | 01/22/20 | J | | |
| 64. | | | | | Sold (part) | 03/16/20 | J | | |
| 65. Vanguard Index Fds S&P 500 Eft (VOO) | A | Dividend | J | T | Buy | 03/16/20 | J | | |
| 66. | | | | | Sold | 06/08/20 | J | | |
| 67. Viatris Inc VTRS) | | None | J | T | Spinoff (from line 10) | 11/19/20 | J | | |
| 68. | | | | | Sold (part) | 11/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Littlefield, Jr., Robert E. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   Energy Sel Sect Spdr Fd (XLE) | A | Dividend | J | T | Buy | 11/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Littlefield, Jr., Robert E.** | 05/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part I Line 1 and Part VII Line 26- Trust #1 created 6/25/10. Online appraisal dated 5/10/11. Value has been in "N" range since trust inception.

2) Part VII Line 39- Exchange for Allianzgi Structured Return A (AZIAX).

3) Part VII Line 41- F/K/A/Dreyfus/Standish Glb Fix Inc I (SDGIX).

3) Part VII Line 57- F/K/A/ Principal Glb Multi Strategy A (PSMIX).

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Robert E. Littlefield, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544